UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JACKSON LEWIS P.C.
*Attorneys for Municipal Credit Union*
58 South Service Road, Suite 250
Melville, New York 11747
(631) 247-0404
    ANA C. SHIELDS, ESQ.
    JACQUELINE WILD, ESQ.

------------------------------------------------------------x

ANIE AKPE-LEWIS,

                         Plaintiff,

         -against-

MUNICIPAL CREDIT UNION, KAM WONG,
NORMAN KOHN, SHANNON MASHBURN,
MARK RICCA, SONITA DI FRANCO,
STELLA JIANG and KAY WOODS,

                        Defendants.

------------------------------------------------------------x

Civil Action No.: 20-CV-2453

**NOTICE OF REMOVAL**
**OF A CIVIL ACTION**

To:    Carla P. Bautista, Esq.
        Alan J. Bennett, PLLC
        *Attorneys for Plaintiff*
        369 Lexington Avenue, Suite 213
        New York, New York 10017
        (212) 696-2116

        Defendant Municipal Credit Union, by its attorneys, Jackson Lewis P.C., hereby files this Notice of Removal of the above-entitled action, which is now pending in the Supreme Court of the State of New York, County of Kings, Index No. 506619/2020, to the United States District Court for Eastern District of New York, pursuant to 28 U.S.C. §§ 1331, 1441 and 1446. Removal is proper for the following reasons:

        1.    On or about March 17, 2020, Plaintiff commenced this action in the Supreme Court of the State of New York, County of Kings, captioned "<u>Anie Akpe-Lewis v.</u>

Municipal Credit Union, et al.," by the filing of a Summons and Complaint bearing Index No. 506619/2020.

    2.    Defendant Municipal Credit Union accepted service of the Summons and Complaint on or about June 3, 2020.  A true and correct copy of the Summons and Complaint is annexed hereto as **Exhibit "A"** in accordance with 28 U.S.C. § 1446(a).  Upon information and belief, the individually named Defendants Kam Wong, Norman Kohn, Shannon Mashburn, Mark Ricca, Sonita Di Franco, Stella Jiang and Kay woods have not yet been served.

    3.    Section 1446(b) provides, "The notice of removal of a civil action or proceeding shall be filed within thirty days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based . . . ."  This Notice of Removal is filed within 30 days after Defendant Municipal Credit Union accepted service of a copy of the Complaint.

    4.    Upon information and belief, no other pleadings have been served, and no orders have been entered.

    5.    Pursuant to 28 U.S.C. § 1441, "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or defendants, to the district court of the United States for the district and division embracing the place where such action is pending."  This Court has original jurisdiction of the above-captioned matter pursuant to 28 U.S.C. § 1331, which provides that the district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States.

    6.    In her Complaint, Plaintiff's alleges, inter alia, that Defendant Municipal Credit Union discriminated and harassed Plaintiff on the basis of her gender in violation of Title

VII of the Civil Rights Act of 1964 ("Title VII") (Plaintiff's Ninth Cause of Action); (2) retaliated against Plaintiff in violation of Title VII (Plaintiff's Tenth Cause of Action); (3) withheld certain wages in violation of the Fair Labor Standards Act, 29 U.S.C. §201 et seq. ("FLSA") (Plaintiff's Eleventh Cause of Action); (4) engaged in retaliation in violation of the FLSA (Plaintiff's Twelfth Cause of Action; and (5) violated the Employee Retirement Income Security Act of 1974 §510 ("ERISA") ("Plaintiff's Twenty-First Cause of Action).  **See Exhibit "A**."  Each such claim could originally have been brought in this Court.  This Court therefore has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331.

7. Defendant submits this Notice without waiving any defense to the claims asserted by Plaintiff or conceding that Plaintiff has pled claims upon which relief may be granted.

8. Pursuant to 28 U.S.C. § 1446(d), Defendant will file a copy of this Notice of Removal with the Clerk of the Supreme Court of New York, County of Kings, and will serve a copy on Plaintiff's counsel of record.

WHEREFORE, notice is given that this action is removed from the Supreme Court, County of Kings, to the United States District Court for the Eastern District of New York.

Dated:  June 3, 2020
       Melville, New York

                                   Respectfully submitted,

                                   JACKSON LEWIS P.C.
                                   *Attorneys for Municipal Credit Union*
                                   58 South Service Rd., Suite 250
                                   Melville, New York 11747
                                   (631) 247-0404

                 By:         S/
                                   ANA C. SHIELDS, ESQ.
                                   JACQUELINE WILD, ESQ.