

Elior D. Shiloh
77 Water Street, Suite 2100
New York, New York 10005
Elior.Shiloh@lewisbrisbois.com
Direct: 212.232.1362

November 16, 2020

**VIA ECF**

The Honorable Judge William F. Kuntz, II
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *Akpe-Lewis v. Municipal Credit Union, et al.*
             <u>Case No:</u> 20-cv-02453 (WFK)(SMG)

Dear Judge Kuntz:

      This firm represents Defendant Kam Wong. We write to inform the Court that we are seeking to withdraw the Answer previously interposed by Mr. Wong in his *pro se* capacity on October 28, 2020. All counsel consent to our application to withdraw Mr. Wong's Answer.

      On or about March 17, 2020, this action was commenced in the Supreme Court of the State of New York, County of Kings. [D.E. 1-2]. On June 3, 2020, counsel for defendants Municipal Credit Union, Norman Kohn, Shannon Mashburn, Mark Ricca, Sonita Di Franco, Stella Jiang, and Kay Woods (collectively, the "MCU Defendants") removed the action to this Court. [D.E. 1].

      On or about October 26, 2020, while incarcerated, Mr. Wong submitted an Answer that he prepared *pro se*. This firm undertook the representation of Mr. Wong on October 28, 2020. We are now seeking to withdraw the Answer that Mr. Wong submitted prior to his retention of counsel.

      Please allow this letter to serve as our request to withdraw Mr. Wong's Answer to the Complaint. In addition, as we previously informed counsel for plaintiff, we plan on joining MCU Defendants' motion to dismiss the Complaint. Thank you for your attention to this matter.

ARIZONA • CALIFORNIA • COLORADO • CONNECTICUT • DELAWARE • FLORIDA • GEORGIA • ILLINOIS • INDIANA • KANSAS • KENTUCKY • LOUISIANA
MARYLAND • MASSACHUSETTS • MINNESOTA • MISSOURI • NEVADA • NEW JERSEY • NEW MEXICO • NEW YORK • NORTH CAROLINA
OHIO • OREGON • PENNSYLVANIA • RHODE ISLAND • TEXAS • UTAH • VIRGINIA • WASHINGTON • WASHINGTON D.C. • WEST VIRGINIA
4830-3940-1938.1

The Honorable Judge William F. Kuntz, II
November 16, 2020
Page 2

                                              Respectfully,

                                              ELIOR D. SHILOH  of
                                              LEWIS BRISBOIS BISGAARD &
                                              SMITH LLP

EDS/DSC